No. 74–974. ROBERTSON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–978. TIME-D. C., INC. *v.* GARRETT, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied.

No. 74–981. RAMSEY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 74–990. MUNGER ET AL. *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 74–997. FENDER *v.* ST. LOUIS SOUTHWESTERN RAILWAY CO. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 74–1000. SANTIAGO *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 74–1005. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* BOEING CO. C. A. 5th Cir. Certiorari denied.

No. 74–1012. HUNTSVILLE BOARD OF EDUCATION ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–1017. CUMMINGS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 74–1018. HICKMAN ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 74–1007. SHEERAN ET AL. *v.* GENERAL ELECTRIC CO. C. A. 9th Cir. Certiorari denied.